761 A.2d 90

IN THE MATTER OF LOUIS B. BERTONI,
AN ATTORNEY AT LAW.

November 6, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **LOUIS B. BERTONI** of **CLIFTON**, who was admitted to the bar of this State in 1970, should be reprimanded for violating *R.* 1:21–6 (recordkeeping requirements), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **LOUIS B. BERTONI** is hereby reprimanded; and it is further

ORDERED that **LOUIS B. BERTONI** continue to comply with the Order of the Court filed August 2, 1999, that requires respondent until further Order of the Court to retain an accountant, to provide quarterly reconciliations of his attorney trust accounts, to practice law under supervision, and to have all checks drawn on his attorney trust accounts co-signed by his supervising attorney; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.